NEM:JD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | REMOVAL TO THE DISTRICT |
| - against - | OF ARIZONA |
| MATEO ISRAEL ARMAS GALLARDO, | (Fed. R. Crim. P. 5) |
| Defendant. | Case No. 25-MJ-201 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      Joshua Croft, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

      On or about March 7, 2025, the United States District Court for the District of Arizona issued a warrant for the arrest of the defendant MATEO ISRAEL ARMAS GALLARDO,, for violating Title 18, United States Code, Section 1325(a)(1) (improper entry by alien).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.   On or about March 7, 2025, a Complaint was filed in the District of Arizona (the "Complaint") charging the defendant MATEO ISRAEL ARMAS GALLARDO, with violating Title 18, United States Code, Section 1325(a)(1) (improper entry by alien). A true and correct copy of the Complaint is filed separately under seal as Exhibit A, in compliance with the limited

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

unsealing order entered in the United States District Court for the District of Arizona on March 7, 2025.

2. In connection with the Complaint, on or about March 7, 2025, the United States District Court for the District of Arizona issued a warrant (the "Warrant") for the arrest of the defendant MATEO ISRAEL ARMAS GALLARDO,. A true and correct copy of the Warrant is attached as Exhibit B.

3. On or about June 3, 2025, law enforcement arrested the defendant MATEO ISRAEL ARMAS GALLARDO, pursuant to the Warrant in Queens, New York.

4. At the time of his arrest on June 3, 2025, the defendant MATEO ISRAEL ARMAS GALLARDO, acknowledged his full name to law enforcement, which matched the name listed on the arrest warrant. The defendant was in possession of an Ecuadorian Passport at the time of his arrest. The passport was in the same name as that of the MATEO ISRAEL ARMAS GALLARDO wanted in the District of Arizona. Law enforcement agents also compared the physical appearance of the defendant MATEO ISRAEL ARMAS GALLARDO, to a photograph of MATEO ISRAEL ARMAS GALLARDO, in the file prepared by law enforcement agents that depicts the person who is wanted in the District of Arizona and observed that the defendant MATEO ISRAEL ARMAS GALLARDO, appeared to be the same person depicted in that photograph.

5. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the MATEO ISRAEL ARMAS GALLARDO, wanted in the District of Arizona.

WHEREFORE, your deponent respectfully requests that the defendant MATEO ISRAEL ARMAS GALLARDO, be removed to the District of Arizona so that he may be dealt with according to law.

Joshua Croft
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
3rd day of June, 2025

\_AK
\GE

# EXHIBIT A

# Filed Separately Under Seal

```
 1  TIMOTHY COURCHAINE
    United States Attorney
 2  District of Arizona

 3  ADDISON OWEN
    Assistant U.S. Attorney
 4  Arizona State Bar No. 031263
    Two Renaissance Square
 5  40 N. Central Ave., Suite 1800
    Phoenix, Arizona 85004
 6  Telephone: 602-514-7500
    Email: Addison.owen@usdoj.gov
 7  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | MJ 25-8202 |
| Plaintiff, | **MOTION TO SEAL** |
| vs. | |
| Mateo Israel Armas Gallardo, | |
| Defendant. | |

The United States of America, by and through counsel undersigned, moves this Court for an Order sealing the Complaint, the Statement of Probable Cause, and the Motion and Order filed in this matter on the grounds that premature disclosure could adversely affect the investigation and/or apprehension of the defendant. The case will be unsealed at the time of the arrest.

Excludable delay under 18 U.S.C. § 3161(h) should not occur as a result of this motion and order based thereon.

Respectfully submitted this 7th day of March, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Addison Owen*
Digitally signed by ADDISON OWEN
Date: 2025.03.07 17:13:41 -07'00'

ADDISON OWEN
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Mateo Israel Armas Gallardo,<br><br>    Defendant. | MJ 25-8202<br><br>**ORDER TO SEAL** |

  Based upon the United States of America's Motion to Seal and good cause appearing;

  **IT IS ORDERED** that the Complaint, the Statement of Probable Cause, Motion to Seal and this Order be filed under seal.

  **IT IS HEREBY ORDERED** that excludable delay under 18 U.S.C. § 3161(h) is found to commence from _____ through _____.

  **IT IS HEREBY ORDERED** that upon arrest of the defendant, this matter will automatically unseal.

  **DATED** this ___7th___ day of ___March___, 2025.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

AO 91 (Rev. 11/11) Criminal Complaint

DOA: WARRANT REQUESTED

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Mateo Israel Armas Gallardo<br>A # 246 618 584<br><br>*Defendant* | Case No. MJ 25-8202 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am Special Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Addison Owen

Digitally signed by ADDISON OWEN
Date: 2025.03.07 17:14:25 -07'00'

☒ Continued on the attached sheet.

*Complainant's signature*

Special Agent Carlos Silva
Homeland Security Investigation
*Printed name and title*

Sworn to telephonically.

Date: March 7, 2025

*Judge's signature*

City and state: Phoenix, Arizona

JOHN Z. BOYLE
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On about or between February 14, 2023 through February 16, 2023, at or near San Luis, Arizona, in the District of Arizona, MATEO ISRAEL ARMAS GALLARDO, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Carlos Silva, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent. I have learned the facts recited herein from the reports and communications of other agents and officers.

2. On or about February 16, 2023, an individual was apprehended by Border Patrol agents near San Luis, Arizona, in Yuma County, in the District of Arizona. The agents performed an immigration inspection on the individual, later identified as Mateo Israel ARMAS Gallardo, who admitted to being a citizen and national of Ecuador, unlawfully present in the United States. ARMAS was transported to the Yuma, Arizona Border Patrol Station for further processing. ARMAS was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration checks revealed ARMAS to be a citizen of Ecuador. There is no record of ARMAS in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to enter, pass through, or remain in the United States.

4. Furthermore, there is no record of ARMAS in any Department of Homeland Security database to suggest that he entered the United States at an official Port of Entry. Had ARMAS presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that ARMAS unlawfully entered the United States at a time or place other than as designated

3

by Immigration Officers of the United States of America. ARMAS's immigration history was checked by electronic fingerprint comparison. ARMAS has no criminal history.

5. On or about February 17, 2023, ARMAS was administratively processed by Border Patrol Agents in Yuma, Arizona. On or about February 17, 2023, ARMAS admitted that he illegally entered the United States at or near San Luis, Arizona on or about February 14, 2023, without inspection by immigration officials.

6. Due to policies in place at the time ARMAS was processed, he was released in Phoenix, Arizona. It is believed that ARMAS is currently living in New York. A warrant is being sought to arrest ARMAS for this violation in New York.

7. For these reasons, this affiant submits that there is probable cause to believe that on or about or between February 14, 2023 through February 16, 2023, ARMAS, an alien, was found in the United States at or near San Luis, Arizona, in the District of Arizona, and not having obtained the express consent of the Secretary of the Department of Homeland Security to apply for admission to the United States, and on or about February 14, 2023, at or near San Luis, Arizona, in the District of Arizona, Mateo Israel ARMAS Gallardo, an alien, unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien).

8. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable

cause that the defendant violated Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien).

_____
*Carlos Silva*
Carlos Silva
Homeland Security Investigations
Special Agent

Digitally signed by CARLOS M SILVA
Date: 2025.03.07 16:49:38 -07'00'

Sworn to telephonically on
March 7, 2025

_____
JOHN Z. BOYLE
United States Magistrate Judge

5

# EXHIBIT B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>MATEO ISRAEL ARMAS GALLARDO<br><br><br><br>*Defendant* | )<br>)<br>)  Case No.  MJ 25-8202<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATEO ISRAEL ARMAS GALLARDO                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor


Date:  3-7-25

*Issuing officer's signature*

City and state:   Phoenix, Arizona              John Boyle US Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____ | <br><br>*Arresting officer's signature*<br><br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: MATEO ISRAEL ARMAS GALLARDO
Known aliases: N/A
Last known residence: 8626 DONGAN AVE ELMHURST, NEW YORK 11373
Prior addresses to which defendant/offender may still have ties: Unknown

Last known employment: Unknown
Last known telephone numbers: (845) 828-7852
Place of birth: ECUADOR
Date of birth: 01/04/2004
Social Security number:
Height: 70"          Weight: 135
Sex: M               Race: W
Hair: BLK            Eyes: BRN
Scars, tattoos, other distinguishing marks: None

History of violence, weapons, drug use: Unknown

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: MRLECLLN7
Complete description of auto:

Investigative agency and address: U.S. Department of Homeland Security - Phoenix
14641 N 74th St.
Scottsdale, Arizona 85260
Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: